# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOTT ANTHONY MARSH, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 06-2856 |
| v. | : | |
| | : | |
| SUNOCO, INC., | : | |
| | : | |
| Defendant. | : | |

## BILL OF COSTS

    Judgment having been entered in the above entitled action on <u>May 26, 2010</u> against <u>Plaintiff Lott Anthony Marsh</u>, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk............................................................................................................................. | |
| Fees for service of summons and subpoena...................................................................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ........... | $908.55 |
| Fees and disbursements for printing ................................................................................................. | |
| Fees for witnesses *(itemize on page two)*........................................................................................... | |
| Fees for exemplification and the costs of making copies of any materials necessarily obtained for use in the case ....................................................................................................................................... | $433.92 |
| Docket fees under 28 U.S.C. 1923.................................................................................................... | |
| Costs as shown on Mandate of Court of Appeals ............................................................................. | |
| Compensation of court-appointed experts ........................................................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828........ | |
| Other costs *(please itemize)* ............................................................................................................. | |
| TOTAL ................................... | $1,342.47 |

*SPECIAL NOTE*: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

    ☐     Electronic Service            ☒     First class mail, postage prepaid

    ☐     Other: _____

Signature of attorney: *[signature]*

Name of Attorney:     Daniel V. Johns

For:     <u>Defendant Sunoco, Inc.</u>                        Date: <u>June 24, 2010</u>
         Name of Claiming Party

**TAXATION OF COSTS**

Costs are taxed in the amount of _____ and included in the judgment.

_____          By:_____          _____
Clerk of Court                                                Deputy Clerk                              Date

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOTT ANTHONY MARSH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 06-2856 |
| v. | : | |
| SUNOCO, INC., | : | |
| Defendant. | : | |

## Itemization of Costs

1) Donna Bittner, for transcript of deposition of Lott Anthony Marsh, August 17, 2007..................$569.45

2) Celeste Perla, for transcripts of depositions of Jake Scutzlas, Suzanne Phillips, Dennis Moritz, Glenn Hessler and Paul Duffy, January 21, 2008..................$339.10

3) Liberty Quick Print Inc., for copies of records from Equal Employment Opportunity Commission pursuant to request under Freedom of Information Act..................$69.36

4) David T. Springer, MD, for copies of Lott Anthony Marsh's medical records pursuant to subpoena..................$50.00

5) Other duplicating costs, including document productions..................$314.56

Total Costs:..................$1,342.47